### TOWN OF IDAHO SPRINGS V. WOODWARD.

*Appeal from County Court, Clear Creek County.*

THIS was a case brought before a justice of the peace of Clear Creek county by Woodward, appellee, against the town of Idaho Springs, for damages to his real estate occasioned by water leaking from the flume of the Sunshine Mining Company, built by it in the street of the town by leave of the town by ordinance. Judgment by the justice against the town, from which the town appealed to the county court, and judgment there against the town, from which the town appealed to this court.

Messrs. J. N. SMITH, T. J. CANTLON and J. E. ROCKWELL, for appellant.

Mr. T. B. BRYAN, for appellee.

STALLCUP, C.   The case is submitted upon the question, Is the town liable for that it had granted leave to the Sunshine Mining Company to build a flume in the street?   The decision in the case of *City of Denver v. Bayer*, 7 Colo. 113, is decisive that the town is not liable.

Judgment should be reversed and the case remanded, with directions to the county court to dismiss the action.

MACON and RISING, CC., concur.

PER CURIAM.   For the reasons assigned in the foregoing opinion the cause is reversed and remanded, with directions to the court below to dismiss the action.

*Reversed.*